# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KRISTIN AUSTIN,**

    Plaintiff,

-vs-                              Case No. 15-C-969

**CAROLYN COLVIN,**
**Commissioner of Social Security,**

    Defendant.

## DECISION AND ORDER

Kristin Austin requests leave to proceed in forma pauperis in this appeal from the denial of Social Security Disability benefits. Austin doesn't work, but her husband does, and he has an average monthly income of $4,166. Austin details significant expenses, many of which are non-essential: e.g., cell phone ($70/month) and cable/satellite TV ($140/month). Austin and her husband own a home valued at $170,000, with $80,000 still owed on the mortgage. They have two cars that are fully paid for. They have $50,000 in an IRA and $50,000 in a 401k. They have a checking account with a current balance of $2,000.

This is not the picture of a person who is so destitute that she cannot afford the $450 filing fee to commence this action. Therefore, Austin's motion [ECF No. 2] is **DENIED**. The filing fee must be paid

within **thirty (30) days** of the date of this Order. If the fee is not paid by then, this matter will be dismissed for want of prosecution.

Dated at Milwaukee, Wisconsin, this 20th day of August, 2015.

**SO ORDERED:**

*Rudolph T. Randa*

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**